THE STATE EX REL. METAL SEAL & PRODUCTS, INC., APPELLANT,
*v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Metal Seal & Products, Inc.
v. Indus. Comm.* (1998), 83 Ohio St.3d 376.]

(No. 96–570—Submitted August 19, 1998—Decided October 14, 1998.)

*Willacy, LoPresti & Marcovy* and *Timothy A. Marcovy*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Cheryl J. Nester*, Assistant Attorney General, for appellees Industrial Commission and Administrator, Bureau of Workers' Compensation.

*Wincek & DeRosa Co., L.P.A.*, and *Christopher G. Wincek*, for appellee Barbara Brewster.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

MOYER, C.J., and LUNDBERG STRATTON, J., concur in part and dissent in part.

LUNDBERG STRATTON, J., **concurring in part and dissenting in part.** I would reverse the judgment of the court of appeals on the issue of wage-loss compensation, and affirm on all other issues.

MOYER, C.J., concurs in the foregoing opinion.